In the Matter of the Petition of PHIL GLEICHMAN, Respondent, for the Issuance of a Subpœna to Compel SIDNEY R. KENT and Others to Testify under Code of Civil Procedure, Section 915.* FAMOUS PLAYERS-LASKY CORPORATION, Appellant.

* Now Civ. Prac. Act, § 311.— [REP.

— Order affirmed, with ten dollars costs and disbursements. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.